JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DUSTIN FRANCIS APODACA,<br><br>Plaintiff,<br><br>v.<br><br>ANA ESCROGIMA, KATHERINE BRUCKER, and ANTONY BLINKEN,<br><br>Defendants. | Case No. CV 22-5829-GW-Ex<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL** |

The Court, having read and considered the parties' Stipulation of Dismissal, IT IS HEREBY ORDERED that the above-captioned action, to include each claim and count asserted by Plaintiff against Federal Defendants, shall be dismissed in its entirety with prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

IT IS SO ORDERED.

Dated: December 22, 2022

_____
HONORABLE GEORGE H. WU
United States District Judge